IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:04cr196

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | |
| | ) | ORDER |
| | ) | |
| NATHANIEL DEVON BAILEY | ) | |
| _____ | ) | |

**THIS MATTER** is before the Court upon letters of the defendant pro se to receive credit for jail time. (Doc. No. 29, 30).

The defendant requests that the Court order credit for time that he claims was spent in pretrial detention. However, the Supreme Court has held that only the Attorney General, through the Bureau of Prisons, may compute jail credit. United States v. Stubbs, No. 97-4948, 153 F.3d 724 (4th Cir. 1998) (unpublished) (citing United States v. Wilson, 503 U.S. 329, 112 S. Ct. 1351, 117 L. Ed.2d 593 (1992)). The defendant does not assert that the Bureau of Prisons has incorrectly calculated his jail credit.

**IT IS, THEREFORE, ORDERED,** that the defendant's pro se motions to received jail credit (Doc. No. 29, 30) are DENIED.

The Clerk is directed to certify copies of this order to the defendant, counsel for the defendant, to the United States Attorney, the United States Marshals service, and the U.S. Probation office.

Signed: March 29, 2007

Robert J. Conrad, Jr.
Chief United States District Judge