IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:04cr196

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | ORDER |
| ) | |
| NATHANIEL DEVON BAILEY ) | |

**THIS MATTER** is before the Court upon the third motion of the defendant pro se to receive credit for jail time. (Doc. No. 33). The defendant has not provided any new information which would cause the Court to revisit its determination that it does not have the authority to compute credit for time that he spent in custody prior to trial or sentencing. (Doc. No. 31: Order).

**IT IS, THEREFORE, ORDERED,** that the defendant's pro se motion to received jail credit (Doc. No. 33) is DENIED.

The Clerk is directed to certify copies of this order to the defendant, counsel for the defendant, to the United States Attorney, the United States Marshals service, and the U.S. Probation office.

Signed: February 11, 2008

Robert J. Conrad, Jr.
Chief United States District Judge